UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LAMICK, RAYMOND M | § | Case No. 08-71941 |
| LAMICK, LUCHIKA M. | § | |
| | § | |
| Debtor(s) MANDRYK, LUCHIKA M | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/11/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 05/03/2012        By: /s/JOSEPH D. OLSEN
                                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: LAMICK, RAYMOND M | § | Case No. 08-71941 |
| LAMICK, LUCHIKA M. | § | |
| | § | |
| Debtor(s) MANDRYK, LUCHIKA M | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 75,092.01 |
| and approved disbursements of | $ 75,092.01 |
| leaving a balance on hand of [1] | $ 0.00 |
| **Balance on hand:** | $ 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Countrywide Home Loans Servicing LP | 98,329.54 | 50,742.92 | 50,742.92 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 6,500.00 | 6,500.00 | 0.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 2,358.80 | 2,358.80 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 0.00 | 0.00 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 0.00 | 0.00 | 0.00 |
| 3 | eCAST Settlement Corporation assignee of | 0.00 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation assignee of | 0.00 | 0.00 | 0.00 |
| 5 | ELAN FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 |
| 6 | Recovery Management Systems Corporation | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-71941-MB
Raymond M Lamick                                                    Chapter 7
Luchika M. Lamick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3           Date Rcvd: May 11, 2012
                              Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
```
db          #+Raymond M Lamick,    443 Andrea Court,    Harvard, IL 60033-7806
jdb         #+Luchika M. Lamick,    443 Andrea Court,    Harvard, IL 60033-7806
12342858      Aspire Visa,    P.O. Box 105555,    Atlanta, GA 30348-5555
12342859      Best Buy/HRS USA,    Post Office Box 17298,    Baltimore, MD 21297-1298,    Baltimore, MD 21297-1298
12342860     +Bloomingdale’s,    P.O. Box 8066,    Mason, OH 45040-8066
12342861     +Carmax Auto Finance,    225 Chastain Meadows Court,    Kennesaw, Georgia 30144-5942,
               Attention:  Bankruptcy Dept.
12342863      Citi Financial Services,    2038 N. Richmond Road,    McHenry, IL 60051-5419
12342864      Countrywide Home Loans,    Attn: Bankruptcy Dept.,    Post Office Box 5170,
               Simi Valley, CA 93062-5170
13728998     +Countrywide Home Loans Servicing LP,    c/o Pierce & Associates, P.C.,    1 North Dearborn Street,
               Suite 1300,   Chicago, IL 60602-4321
15199683     +Countrywide Home Loans Servicing, LP,    c/o Attorney Casey B. Hicks,    Larson & Associates, P.C.,
               230 West Monroe, Suite 2220,    Chicago, IL 60606-4902
12342865      Emerge Visa,    P.O. Box 105555,    Atlanta, GA 30348-5555
12342866      First Premier Bank,    Bankruptcy Department,    Post Office Box 5524,    Sioux Falls, SD 57117-5524
12342867      G.M. Mastercard,    HSBC Card Services,    P.O. Box 80082,    Salinas, CA 93912-0082
12342868      Goodyear Credit,    P.O. Box 689182,    Des Moines, IA 50368-9182
12342869      HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
12342870      Hyundai Motor Finance Co.,    Post Office Box 20809,    Fountain Valley, CA 92728-0809
12942107     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:     ELAN FINANCIAL SERVICES,    PO BOX 5229,    CINCINNATI, OH 45201)
12342872      Visa,    Customer Service,    P.O. Box 790408,    St. Louis, MO 63179-0408
12889573      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12873658      E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 23:44:32
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13003039     +E-mail/PDF: rmscedi@recoverycorp.com May 12 2012 01:37:09
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART DISCOVER CARD,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13469087      E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 23:44:32       Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12834407     +E-mail/Text: bncmail@w-legal.com May 11 2012 23:51:46       TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12342873      E-mail/PDF: gecsedi@recoverycorp.com May 12 2012 01:35:19       Walmart,    Post Office Box 981064,
               El Paso, TX 79998-1064,    El Paso, TX 79998-1064
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12889574*     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
12342862    ##Carson Pirie Scott,    Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
12342871    ##Target National Bank,    Post Office Box 59317,    Minneapolis, MN 55459-0317,
               Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 1, ## 2
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3            Date Rcvd: May 11, 2012
                              Form ID: pdf006             Total Noticed: 24

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: lorsmith              Page 3 of 3              Date Rcvd: May 11, 2012
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2012 at the address(es) listed below:

```
              Casey B Hicks    on behalf of Defendant    Mortgage Electronic   Registration Systems Inc
               cbhicks@lnlaw.com
              Craig A Willette     on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              James A Larson     on behalf of Defendant    Mortgage Electronic   Registration Systems Inc
               jlarson@lnlaw.com,   chudson@lnlaw.com
              Joseph D Olsen    on behalf of Plaintiff Joseph Olsen jolsenlaw@aol.com
              Joseph D Olsen     Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Richard T Jones    on behalf of Debtor Raymond Lamick matilda@joneshart.com,   john@joneshart.com
              Stewart A Chapman     on behalf of Creditor   Countrywide Home Loans, Inc.
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 8
```