**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: LAMICK, RAYMOND M § Case No. 08-71941
       LAMICK, LUCHIKA M. §
                          §
Debtor(s) MANDRYK, LUCHIKA M §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $14,487.00            Assets Exempt: $31,687.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $57,025.74    Claims Discharged
                                               Without Payment: $38,928.31

Total Expenses of Administration: $18,066.27

---

3) Total gross receipts of $ 75,092.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $75,092.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $166,865.78 | $104,612.36 | $57,025.74 | $57,025.74 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,570.87 | 18,066.27 | 18,066.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,928.31 | 15,899.10 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $205,794.09 | $139,082.33 | $75,092.01 | $75,092.01 |

    4) This case was originally filed under Chapter 7 on June 20, 2008. The case was pending for 49 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2012          By: /s/JOSEPH D. OLSEN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 443 Andrea Court, Harvard, IL | 1110-000 | 75,033.15 |
| Interest Income | 1270-000 | 58.86 |
| **TOTAL GROSS RECEIPTS** | | **$75,092.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Countrywide Home Loans Servicing LP | 4110-000 | N/A | 98,329.54 | 50,742.92 | 50,742.92 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 99,776.00 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 47,392.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Motor Finance Co. | 4110-000 | 11,837.33 | N/A | N/A | 0.00 |
| NOTFILED | Carmax Auto Finance | 4110-000 | 7,860.45 | N/A | N/A | 0.00 |
| | Jonathan M. Gunnison and Melissa D. Loy | 4110-000 | N/A | 975.00 | 975.00 | 975.00 |
| | Jonathan M. Gunnison and Melissa D. Loy | 4110-000 | N/A | 75.00 | 75.00 | 75.00 |
| | Jonathan M. Gunnison and Melissa D. Loy | 4700-000 | N/A | 37.50 | 37.50 | 37.50 |
| | Jonathan M. Gunnison and Melissa D. Loy | 4700-000 | N/A | 75.00 | 75.00 | 75.00 |
| | Jonathan M. Gunnison and Melissa D. Loy | 4700-000 | N/A | 3,855.82 | 3,855.82 | 3,855.82 |
| | Jonathan M. Gunnison and Melissa D. Loy | 4700-000 | N/A | 1,264.50 | 1,264.50 | 1,264.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $166,865.78 | $104,612.36 | $57,025.74 | $57,025.74 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 7,004.60 | 6,500.00 | 6,500.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 2,358.80 | 2,358.80 | 2,358.80 |
| Jonathan M. Gunnison and Melissa D. Loy | 3510-000 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| Jonathan M. Gunnison and Melissa D. Loy | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Jonathan M. Gunnison and Melissa D. Loy | 2500-000 | N/A | 295.00 | 295.00 | 295.00 |
| Jonathan M. Gunnison and Melissa D. Loy | 2500-000 | N/A | 880.00 | 880.00 | 880.00 |
| Jonathan M. Gunnison and Melissa D. Loy | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| Jonathan M. Gunnison and Melissa D. Loy | 2500-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Jonathan M. Gunnison and Melissa D. Loy | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 47.68 | 47.68 | 47.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 53.50 | 53.50 | 53.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 49.35 | 49.35 | 49.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 114.79 | 114.79 | 114.79 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.15 | 139.15 | 139.15 |
| The Bank of New York Mellon | 2600-000 | N/A | -4.10 | -4.10 | -4.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 97.98 | 97.98 | 97.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.10 | 4.10 | 4.10 |
| The Bank of New York Mellon | 2600-000 | N/A | -97.98 | -97.98 | -97.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 100.72 | 100.72 | 100.72 |
| The Bank of New York Mellon | 2600-000 | N/A | -100.72 | -100.72 | -100.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,570.87 | $18,066.27 | $18,066.27 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 6,673.22 | 0.00 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 642.57 | 0.00 | 0.00 |
| 3 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 3,438.03 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 716.33 | 0.00 | 0.00 |
| 5 | ELAN FINANCIAL SERVICES | 7100-000 | N/A | 2,449.45 | 0.00 | 0.00 |
| 6 | Recovery Management Systems Corporation | 7100-000 | N/A | 1,979.50 | 0.00 | 0.00 |
| NOTFILED | G.M. Mastercard HSBC Card Services | 7100-000 | 3,118.62 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank Bankruptcy Department | 7100-000 | 179.00 | N/A | N/A | 0.00 |
| NOTFILED | Emerge Visa | 7100-000 | 10,234.92 | N/A | N/A | 0.00 |
| NOTFILED | Walmart | 7100-000 | 1,902.51 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 595.69 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 6,292.00 | N/A | N/A | 0.00 |
| NOTFILED | Goodyear Credit | 7100-000 | 558.53 | N/A | N/A | 0.00 |
| NOTFILED | Visa Customer Service | 7100-000 | 2,124.62 | N/A | N/A | 0.00 |
| NOTFILED | Citi Financial Services | 7100-000 | 8,408.52 | N/A | N/A | 0.00 |
| NOTFILED | Aspire Visa | 7100-000 | 1,535.16 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott Retail Services | 7100-000 | 533.30 | N/A | N/A | 0.00 |
| NOTFILED | Bloomingdale's | 7100-000 | 1,215.35 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy/HRS USA | 7100-000 | 1,530.83 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott Retail Services | 7100-000 | 699.26 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,928.31 | $15,899.10 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71941  
**Case Name:** LAMICK, RAYMOND M  
  LAMICK, LUCHIKA M.  
**Period Ending:** 07/19/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/20/08 (f)  
**§341(a) Meeting Date:** 08/21/08  
**Claims Bar Date:** 01/28/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 443 Andrea Court, Harvard, IL | 125,000.00 | 0.00 | | 75,033.15 | FA |
| 2 | Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account First Eagle National Bank broke | 1.00 | 0.00 | DA | 0.00 | FA |
| 4 | AdoChecking Account State Bank | 40.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous household goods and furnishings vi | 1,176.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel possession | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2002 Chevy Tracker subject to lien of Carmax Aut | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2005 Hyundai Elantra subject to lien of Hyundai | 7,800.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous sporting goods listed. Itemize. po | 250.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 58.86 | Unknown |
| 10 | **Assets Totals** (Excluding unknown values) | **$139,487.00** | **$0.00** | | **$75,092.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009    **Current Projected Date Of Final Report (TFR):**   March 30, 2012

Printed: 07/19/2012 02:28 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-71941 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LAMICK, RAYMOND M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LAMICK, LUCHIKA M. | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | **-***0014 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 07/19/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/29/09 | | Jonathan M. Gunnison and Melissa D. Loy | closing proceeds on Andrea Court property | | | 59,914.18 | | 59,914.18 |
| | | | Commission | -3,600.00 | 3510-000 | | | 59,914.18 |
| | | | Title insurance | -975.00 | 4110-000 | | | 59,914.18 |
| | | | later date title insur. | -75.00 | 4110-000 | | | 59,914.18 |
| | | | City/county taxes | -37.50 | 4700-000 | | | 59,914.18 |
| | | | State taxes | -75.00 | 4700-000 | | | 59,914.18 |
| | | | State of IL Owner's policy fee | -3.00 | 2500-000 | | | 59,914.18 |
| | | | Survey fee | -295.00 | 2500-000 | | | 59,914.18 |
| | | | HOA dues to SCCHOA | -880.00 | 2500-000 | | | 59,914.18 |
| | | | Delivery/service charges | -25.00 | 2500-000 | | | 59,914.18 |
| | | | 2008 county taxes | -3,855.82 | 4700-000 | | | 59,914.18 |
| | | | 2009 county taxes | -1,264.50 | 4700-000 | | | 59,914.18 |
| | | | closing costs credit | -3,000.00 | 2500-000 | | | 59,914.18 |
| | | | Earnest money | -1,000.00 | 2500-000 | | | 59,914.18 |
| | {1} | | | 75,000.00 | 1110-000 | | | 59,914.18 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.11 | | 59,916.29 |
| 06/02/09 | {1} | Nicor | refund on final utility statement | | 1110-000 | 33.15 | | 59,949.44 |
| 06/05/09 | | To Account #********7566 | Bond premium pymt | | 9999-000 | | 47.68 | 59,901.76 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.60 | | 59,904.36 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.52 | | 59,906.88 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.52 | | 59,909.40 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.44 | | 59,911.84 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.44 | | 59,914.28 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.52 | | 59,916.80 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.52 | | 59,919.32 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.36 | | 59,921.68 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.28 | | 59,923.96 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 2.68 | | 59,926.64 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 1.54 | | 59,928.18 |
| 04/20/10 | | Wire out to BNYM account 9200******7565 | Wire out to BNYM account 9200******7565 | | 9999-000 | -59,928.18 | | 0.00 |

Subtotals :   $47.68   $47.68

{} Asset reference(s)

Printed: 07/19/2012 02:28 PM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 08-71941 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | LAMICK, RAYMOND M | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LAMICK, LUCHIKA M. | | **Account:** | ***-*****75-65 - Money Market Account |
| **Taxpayer ID #:** | **-***0014 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 07/19/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 47.68 | 47.68 | $0.00 |
| | | | Less: Bank Transfers | | -59,928.18 | 47.68 | |
| | | | **Subtotal** | | **59,975.86** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,975.86** | **$0.00** | |

{} Asset reference(s)                                                                                                                   Printed: 07/19/2012 02:28 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-71941  
**Case Name:** LAMICK, RAYMOND M  
LAMICK, LUCHIKA M.  
**Taxpayer ID #:** **-***0014  
**Period Ending:** 07/19/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****75-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #********7565 | Bond premium pymt | 9999-000 | 47.68 | | 47.68 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-71941, Bond #016018067 | 2300-000 | | 47.68 | 0.00 |
| | | | ACCOUNT TOTALS | | 47.68 | 47.68 | $0.00 |
| | | | Less: Bank Transfers | | 47.68 | 0.00 | |
| | | | Subtotal | | 0.00 | 47.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $47.68 | |

{} Asset reference(s)                                                              Printed: 07/19/2012 02:28 PM    V.13.02

Case 08-71941   Doc 51   Filed 07/19/12   Entered 07/19/12 14:32:04   Desc Main
Document   Page 10 of 12

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-71941
**Case Name:** LAMICK, RAYMOND M
           LAMICK, LUCHIKA M.
**Taxpayer ID #:** **-***0014
**Period Ending:** 07/19/12

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******75-65 - Money Market Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | 9999-000 | 59,928.18 | | 59,928.18 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.26 | | 59,929.44 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.56 | | 59,933.00 |
| 06/04/10 | | To Account #9200******7566 | Payment of bond premium | 9999-000 | | 49.69 | 59,883.31 |
| 06/08/10 | | To Account #9200******7566 | balance of bond premium | 9999-000 | | 3.81 | 59,879.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.45 | | 59,882.95 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.56 | | 59,886.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 3.55 | | 59,890.06 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 59,891.53 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,893.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.47 | | 59,894.52 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,896.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,897.56 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.37 | | 59,898.93 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,900.45 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.98 | | 59,901.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 0.49 | | 59,901.92 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.52 | | 59,903.44 |
| 06/01/11 | | To Account #9200******7566 | pay bond premimum | 9999-000 | | 49.35 | 59,854.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 59,854.58 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.50 | | 59,855.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.79 | 59,740.29 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.50 | | 59,740.79 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.15 | 59,601.64 |
| 09/06/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.08 | | 59,601.72 |
| 09/06/11 | | To Account #9200******7566 | Mot to Compromise-Pay Trustee fees/costs - file NAR | 9999-000 | | 59,601.72 | 0.00 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.10 | 4.10 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **59,958.51** | **59,958.51** | **$0.00** |
| | | | Less: Bank Transfers | | 59,928.18 | 59,704.57 | |
| | | | **Subtotal** | | **30.33** | **253.94** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30.33** | **$253.94** | |

{} Asset reference(s)

Printed: 07/19/2012 02:28 PM    V.13.02

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 08-71941  
**Case Name:** LAMICK, RAYMOND M  
LAMICK, LUCHIKA M.  
**Taxpayer ID #:** **-***0014  
**Period Ending:** 07/19/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******7565 | Payment of bond premium | 9999-000 | 49.69 | | 49.69 |
| 06/04/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #08-71941, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 49.69 | 0.00 |
| 06/07/10 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #08-71941, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -49.69 | 49.69 |
| 06/08/10 | | From Account #9200******7565 | balance of bond premium | 9999-000 | 3.81 | | 53.50 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71941, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 53.50 | 0.00 |
| 06/08/10 | 10103 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71941, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -53.50 | 53.50 |
| 06/08/10 | 10104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #08-71941, Bond Premium #016018067 | 2300-000 | | 53.50 | 0.00 |
| 06/01/11 | | From Account #9200******7565 | pay bond premmium | 9999-000 | 49.35 | | 49.35 |
| 06/01/11 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #08-71941, BOND #016018067 | 2300-000 | | 49.35 | 0.00 |
| 09/06/11 | | From Account #9200******7565 | Mot to Compromise-Pay Trustee fees/costs - file NAR | 9999-000 | 59,601.72 | | 59,601.72 |
| 09/23/11 | 10106 | Joseph D. Olsen | Trustee's fees | 2100-000 | | 6,500.00 | 53,101.72 |
| 09/23/11 | 10107 | Joseph D. Olsen | reimbursed expenses | 2200-000 | | 2,358.80 | 50,742.92 |
| 09/23/11 | 10108 | Mortgage Electronic Registration Systems, Inc. as Nominee fo | pymt to secured creditor Voided on 10/10/11 | 4110-003 | | 50,742.92 | 0.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.98 | -97.98 |
| 10/10/11 | 10108 | Mortgage Electronic Registration Systems, Inc. as Nominee fo | pymt to secured creditor Voided: check issued on 09/23/11 | 4110-003 | | -50,742.92 | 50,644.94 |
| 10/11/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -97.98 | 50,742.92 |
| 10/13/11 | 10109 | Bank of America | Reissue check - correction of name of secured creditor | 4110-000 | | 50,742.92 | 0.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.72 | -100.72 |

Subtotals :   $59,704.57   $59,805.29

{} Asset reference(s)

Printed: 07/19/2012 02:28 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 08-71941 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | LAMICK, RAYMOND M | | **Bank Name:** | The Bank of New York Mellon |
| | LAMICK, LUCHIKA M. | | **Account:** | 9200-******75-66 - Checking Account |
| **Taxpayer ID #:** | **-***0014 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 07/19/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -100.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 59,704.57 | 59,704.57 | **$0.00** |
| | | | Less: Bank Transfers | | 59,704.57 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **59,704.57** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$59,704.57** | |

|  |  |
|---|---|
| Net Receipts : | 60,006.19 |
| Plus Gross Adjustments : | 15,085.82 |
| Net Estate : | $75,092.01 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****75-65** | 59,975.86 | 0.00 | 0.00 |
| **Checking # ***-*****75-66** | 0.00 | 47.68 | 0.00 |
| **MMA # 9200-******75-65** | 30.33 | 253.94 | 0.00 |
| **Checking # 9200-******75-66** | 0.00 | 59,704.57 | 0.00 |
| | **$60,006.19** | **$60,006.19** | **$0.00** |

{} Asset reference(s)    Printed: 07/19/2012 02:28 PM    V.13.02